THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John A. Miller, Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2008-UP-561
 Submitted October 1, 2008  Filed October
10, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, of Columbia, for Respondent.
 
 
 

PER CURIAM:  John
 A. Miller violated the conditions of his probation by failing to report to his
 probation agent and getting arrested on additional charges.  His probation was
 revoked for two years.  Miller appeals his probation revocation, arguing the
 revocation should be vacated because there was no preliminary hearing.  Millers counsel has filed a brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and asked to be relieved as counsel for
 Miller.  Miller did not file a pro se brief.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Millers
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.